

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    National Union Fire Insurance Company of Pittsburgh, PA v.
                        Exxon Mobil Corporation

Appellate case number:  01-19-00852-CV

Trial court case number: 2014-22667

Trial court:            125th District Court of Harris County

      Appellant-Appellee, Exxon Mobil Corporation, has filed an unopposed motion to file briefs in excess of word limit. *See* TEX. R. APP. P. 9.4(i)(2)(B), (4). The motion is **granted.** Exxon Mobil Corporation's appellant brief may not exceed 15,000 words. Exxon Mobil Corporation's appellee brief may not exceed 15,000 words. Exxon Mobil Corporation's reply brief may not exceed 7,500 words. This order has no effect on the briefing deadlines.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                             Acting individually

Date: February 25, 2020